# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

asmall@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ  07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

December 2, 2019

<u>VIA ECF</u>
Hon. Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Lisa Guzzone v. Michael Zazza</u>
United State District Court, E.D.N.Y.
Civil Action No. 19-cv-6202 (ILG) (RER)

Dear Senior Judge Glasser:

I represent the Defendant, Michael Zazza, in the above-referenced action. In accordance with Your Honor's *Rule IV.B*., this is a letter request for a briefing schedule regarding Defendant's Pre-Answer Motion to Dismiss pursuant to FRCP §12(b)(6) and §9(b)(the "Motion"), wherein the parties have agreed as follows:

The Motion must be filed by December 27, 2019. Plaintiff's opposition must be filed by January 19, 2020. Defendant's reply must be filed by February 1, 2020. The proposed Motion return date is February 5, 2020, or as selected by the Court.

I have simultaneously transmitted a copy of this letter to Plaintiff's Counsel, Gary Rosen, Esq. Thank you for your attention to this matter.

Very truly yours,

MOLOD SPITZ & DeSANTIS, P.C.

By: _____
Andrew Small, Esq.

cc:   Gary Rosen, Esq.
grosen@rosenlawllc.com