# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

asmall@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

January 13, 2020

*VIA ECF*
Hon. Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    Lisa Guzzone v. Michael Zazza
                   United State District Court, E.D.N.Y.
                   Civil Action No. 19-cv-6202 (ILG) (RER)

Dear Senior Judge Glasser:

     I represent the Defendant, Michael Zazza, in the above-referenced action. This is a letter request for a briefing schedule regarding Defendant's Pre-Answer Motion to Dismiss pursuant to FRCP §12(b)(6) and §9(b)(the "Motion"). The Motion was ECF-filed January 2, 2020 (Document 9, *et seq.*).

The parties have agreed that Plaintiff's Opposition must be filed by January 27, 2020 and that Defendant's Reply must be filed by February 17, 2020.

     We hope this schedule is acceptable to Your Honor. I have simultaneously transmitted a copy of this letter to Plaintiff's Counsel, Gary Rosen, Esq.

     Thank you for your attention to this matter.

                                   Very truly yours,

                                   MOLOD SPITZ & DeSANTIS, P.C.

                                   By: _____
                                          Andrew Small, Esq.

cc:    Gary Rosen, Esq.
        grosen@rosenlawllc.com