

# ROSEN LAW LLC

Attorneys at Law

216 Lakeville Road　　　　　　　　　　　　　　　　　　　　　　　　500 Village Square Crossing, Suite 101
Great Neck, New York 11020　　　　　　　　　　　　　　　　　　　Palm Beach Gardens, Florida 33410
T 516.437.3400　　　　　　　　　　　　　　　　　　　　　　　　　　T 561.899.9999
F 516.334.3000　　　　　　　　　　　　　　　　　　　　　　　　　　F 561.584.6434

Gary Rosen, Esq. (Admitted NY, FL, NJ, PA, GA)
Jared Rosen, Esq. (Admitted NY, FL, NJ)
Jaime Rosen, Esq. (Admitted NY, FL, NJ, CT)
Michael J. Noonan, Esq. (Admitted NY)

January 26, 2020

<u>Via ECF</u>
Hon. I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE:　**Lisa Guzzone v. Michael Zazza**
　　　**United States District Court for the Eastern District of New York**
　　　**Docket No. 19-cv-6202(ILG)(RER)**

Dear Judge Glasser:

I represent the Plaintiff in the above entitled action.

After consulting with Defendants' counsel, we have agreed to revise the briefing scheduling for the motion to dismiss filed by Defendant in the above entitled action to allow Plaintiff additional time to respond to the motion to dismiss. Your Honor "So-Ordered" a prior briefing schedule on January 14, 2020 (filed as Doc. No. 11).

We respectfully request that the amended briefing schedule be as follows:

**Plaintiff's opposition to motion to dismiss be filed by February 10, 2020, and**

**Defendants' reply to be filed by March 2, 2020.**

This letter is sent to Your Honor with the approval of Defendant's counsel.

We respectfully request that your Honor "So-Order" the new amended briefing schedule.

Thank you very much,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary Rosen*　　　So Ordered
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　I. L. Glasser
cc: Andrew Small, Esq.　　　　　　　　　　　　　　　　Gary Rosen　　　　　USDJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1/27/20