EXHIBIT "1"

 Goldman Sachs I 200 West Street, 27th floor I New York, New York 10282

July 26, 2018

Michael Zazza
President
Zazza Development Group
55 Washington Street, Suite 706
Brooklyn, New York 11201

Re: <u>11 Broadway</u>

Dear Mr. Zazza:

We are writing in response to your request to provide information regarding the status of the 11 Broadway Commercial Project.

The project remains fully leased with two retail tenants, a supermarket and a hair salon. The supermarket lease has a term of 15 years starting in 2012, and the salon lease has a term of 10 years starting in 2014. According to unaudited financial statements, the project generated approximately $630k of net operating income in 2017.

As a reminder, GS 11 Broadway Member LLC and Eleven Broadway Managing Member LLC have an ownership interest in ZAGS Broadway LLC. ZAGS Broadway LLC has an indirect interest in approximately $15mm of subordinate debt to the project, which is subordinate to approximately $25mm of other debt, and matures in 2051.

The senior debt on the project matures in the second half of 2019, which may trigger a refinancing or sale of the project. Based on ZAGS Broadway LLC's position in the capital stack, it is likely that it will receive no proceeds as a result of any action taken on the project in 2019.

If you have any questions please contact Andrea Gift at (212) 902-5636.

Regards,

Andrea Gift