EXHIBIT "12"

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2010062201466001002E0E7B |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 8

**Document ID:** 2010062201466001   **Document Date:** 06-22-2010   **Preparation Date:** 06-22-2010
**Document Type:** DEED
**Document Page Count:** 7

| PRESENTER: | RETURN TO: |
|---|---|
| ALL NEW YORK TITLE AGENCY(PICK-UP CHRIS @ CY)<br>180 EAST POST ROAD -- ACR-6895<br>180 EAST POST ROAD<br>WHITE PLAINS, NY 10601<br>914-686-5600 | CANNON HEYMAN & WEISS, LLP<br>54 STATE STREET, 5TH FLOOR<br>ATTN: SARAH HETZER<br>ALBANY, NY 12207 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 2468 | 1  Entire Lot | | 11 BROADWAY |

**Property Type:** COMMERCIAL REAL ESTATE

**CROSS REFERENCE DATA**

CRFN_____  or Document ID_____  or  ____ Year____ Reel __ Page ____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 11 BROADWAY OWNER, LLC<br>1865 PALMER AVENUE, SUITE 203<br>LARCHMONT, NY 10538 | 11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPAN<br>C/O NYC PARTNERSHIP HDFC, INC., 450 SEVENTH AVENUE<br>NEW YORK, NY 10123 |

**FEES AND TAXES**

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 159,716.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 72.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    06-25-2010 10:54
City Register File No.(CRFN):
2010000212031

*Annette M Hill*

*City Register Official Signature*

# BARGAIN AND SALE DEED

**THIS INDENTURE**, made the 22nd day of June, 2010 between

**11 BROADWAY OWNER, LLC**, a Delaware limited liability company, having an address at 1865 Palmer Avenue, Suite 203, Larchmont, New York 10538 (hereinafter referred to as "Grantor"), and

**11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPANY, INC.**, a New York corporation organized pursuant to Article XI of the Private Housing Finance Law of the State of New York and Section 402 of the Not-for-Profit Corporation Law of the State of New York, having a mailing address c/o NYC Partnership Housing Development Fund Company, Inc., 450 Seventh Avenue, New York, New York 10123 (hereinafter referred to as "Grantee"),

**WITNESSETH**, that the Grantor, in consideration of TEN and 00/100 Dollars ($10.00), lawful money of the United States of America, and other good and valuable consideration, paid by the Grantee, does hereby grant and release unto the Grantee, the successors and assigns of the Grantee forever, all that tract or parcel of land, as more fully described in Schedule "A" attached hereto and made a part hereof (the "Premises"). Subject to covenants, conditions, easements and restrictions of record, if any, affecting the Premises.

In the event that construction financing does not close for the Premises by December 31, 2010, unless extended by the Grantor in writing, the Grantee shall immediately convey to the Grantor the Grantee's fee estate in the Premises and immediately deliver possession and control of the Premises to the Grantor. Upon written notice to the Grantee from the Grantor at any time prior to December 31, 2010 requesting that the Grantee convey the Grantee's fee estate in the Premises back to the Grantor, the Grantee shall immediately thereafter convey to the Grantor the Grantee's fee estate in the Premises and immediately deliver possession and control of the Premises to the Grantor. The Grantee hereby unconditionally and unequivocally constitutes and appoints the Grantor to be its lawful and true agent and attorney-in-fact coupled with an interest, with full power of substitution to execute and record any such quitclaim deed and any other documents or instruments required to convey the Premises on behalf of the Grantee, in the name, place and stead of the Grantee with the same force and effect as if such deed was executed and recorded by the Grantee.

Being the same Premises conveyed to the Grantor from ZAGS Broadway, LLC by deed dated as of November 16, 2007 and recorded December 18, 2007 in the Office of the City Register, Kings County in CRFN 2007000617515.

**TOGETHER** with all right, title and interest, if any, of the Grantor in and to any streets and roads abutting the above described Premises to the center lines thereof.

**TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said Premises.

**TO HAVE AND TO HOLD** the Premises herein granted unto the Grantee, the successors and assigns of the Grantee forever.

**AND** the Grantor covenants that the Grantor has not done or suffered anything whereby the said Premises have been encumbered in any way whatever, except as aforesaid.

**AND** the Grantor, in compliance with Section 13 of the Lien Law, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement before using any part of the total of the same for any other purpose.

**AND** This Deed may be executed in any number of counterparts with the same effect as if all parties hereto had signed the same document. All such counterparts shall be construed together and shall constitute one instrument, but in making proof hereof it shall only be necessary to produce one such counterpart.

*The reminder of this page intentionally left blank. Signature page follows.*

2

IN WITNESS WHEREOF, the Grantor has duly executed this deed the day and year first above written.

                        **11 BROADWAY OWNER, LLC**

                        By: L&M 11 Broadway LLC, Managing Member

                        By:_____
                            Name:
                            Title:  Authorized Signatory

                        **11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPANY, INC.**

                        By:_____
                            Name:
                            Title:

Record and Return To:

Cannon Heyman & Weiss, LLP
54 State Street
5th floor
Albany, New York  12207
Attn: Sarah Hetzer

**IN WITNESS WHEREOF**, the Grantor has duly executed this deed the day and year first above written.

          **11 BROADWAY OWNER, LLC**

          By: L&M 11 Broadway LLC, Managing Member

          By:_____
              Name:
              Title: Authorized Signatory

          **11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPANY, INC.**

          By: *[signature]*
              Name:
              Title: Beth Berns
                     CFO & Treasurer

<u>Record and Return To</u>:

Cannon Heyman & Weiss, LLP
54 State Street
5th floor
Albany, New York  12207
Attn:  Sarah Hetzer

E/GJC/LMEQUI.100092/Title/Conveyance to HDFC/B&S Deed LLC to HDFC V03

SCHEDULE "A"

LEGAL DESCRIPTION

**SECTION 8, BLOCK 2468, LOT 1**

ALL those certain plots, pieces or parcels of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point formed by the intersection of the southeasterly side line of Kent Avenue (60 feet wide) with the northeasterly side line of Broadway (100 feet wide);

RUNNING thence along the southeasterly side line of Kent Avenue, North 18 degrees 12' 40" East, a distance of 334.29 feet to a point in the southwesterly side line of South 6th Street (60 feet in width);

THENCE along the said southerly side line of South 6th Street, South 66 degrees 31' 32" East a distance of 162.75 feet;

THENCE along the common dividing line between Lot 6 and Lot 18 (lands n/f of Eli Merdjan, Inc.) South 23 degrees 35' 02" West, a distance of 92.33 feet;

THENCE along the common dividing line between Lot 1 and said Lot 18, South 71 degrees 47' 20" East, a distance of 31.58 feet to a point in the northwesterly side line of Dunham Place (50 feet wide);

THENCE along the said northwesterly side line of Dunham Place, South 18 degrees 12' 40" West, a distance of 125 feet;

THENCE along the common dividing line between Lot 1 and Lot 26 (lands n/f of Rio Azol, Inc.) North 71 degrees 47' 20" West, a distance of 92.50 feet;

THENCE continuing along said common dividing line, South 18 degrees 12' 40" West, a distance of 25 feet;

THENCE along common dividing line between Lots 30 and 29 and Lot 26, South 71 degrees 47' 20" East, a distance of 33.14 feet;

THENCE along the common dividing line between Lot 29 and Lot 28 (lands n/f of Harbor Lights Corp.) South 07 degrees 57' 15" West, a distance of 53.17 feet to a point in the northeasterly side line of Broadway;

THENCE along said northeasterly line of Broadway, North 82 degrees 19' 03" West, a distance of 137.42 feet to the point or place of BEGINNING.

5

STATE OF NEW YORK )
                  )  SS.:
COUNTY OF Westchester )

    On the 7th day of June, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared, Ronald O'Kelis, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Kimberly Rodriguez*
Notary Public - State of New York

Kimberly Rodriguez
Notary Public, State of New York
No. 01RO6218332
Commission Expires March 01, 2014

**SEAL**

STATE OF NEW YORK )
                  )  SS.:
COUNTY OF _____ )

    On the ____ day of June, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared, _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public - State of New York

STATE OF NEW YORK    )
                     )   SS.:
COUNTY OF _____ )

     On the ____ day of June, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared, _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                                    _____
                                                                  Notary Public - State of New York


STATE OF NEW YORK    )
                     )   SS.:
COUNTY OF New York   )

     On the 14 day of June, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared, Beth Berns, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                                                    *[signature]*
                                                                  Notary Public - State of New York

                                                  **GELDY Y. TRINIDAD**
                                              Notary Public, State of New York   **SEAL**
                                                      No. 01TR6192062
                                                   Qualified in Bronx County
                                          Commission Expires August 25, 2012

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2010062201466001002SC0FA

## SUPPORTING DOCUMENT COVER PAGE — PAGE 1 OF 1

**Document ID:** 2010062201466001   **Document Date:** 06-22-2010   **Preparation Date:** 06-22-2010
Document Type: DEED

**ASSOCIATED TAX FORM ID:** 2010060100160

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 2 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 6 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: Month / Day / Year
- C3. Book OR C5. CRFN
- C4. Page

**PROPERTY INFORMATION**

1. Property Location: 11 BROADWAY, BROOKLYN, 11211
   (STREET NUMBER, STREET NAME, BOROUGH, ZIP CODE)

2. Buyer Name: 11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPANY
   (LAST NAME / COMPANY, FIRST NAME)

3. Tax Billing Address (indicate where future Tax Bills are to be sent if other than buyer address at bottom of form):
   C/O L & M DEVELOPMENT PARTNER
   1865 PALMER AVENUE, SUITE 203, LARCHMONT, NY 10538

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

8. Seller Name: 11 BROADWAY OWNER, LLC

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☐ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☑ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 6 / 3 / 2010
11. Date of Sale / Transfer: 6 / 3 / 2010
12. Full Sale Price: $ 3,984,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.
13. Indicate the value of personal property included in the sale:

14. Check one or more of these conditions as applicable to transfer:
   - A ☐ Sale Between Relatives or Former Relatives
   - B ☑ Sale Between Related Companies or Partners in Business
   - C ☐ One of the Buyers is also a Seller
   - D ☐ Buyer or Seller is Government Agency or Lending Institution
   - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   - H ☐ Sale of Business is Included in Sale Price
   - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   - J ☐ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: V 1
16. Total Assessed Value (of all parcels in transfer):
17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s)):
    BROOKLYN 2468 1

**CERTIFICATION**
I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
[Signature]
C/O NYC PARTNERSHIP HDFC, INC. 450 SEVENTH AVENUE
NEW YORK, NY 10123

**BUYER'S ATTORNEY**

**SELLER**
Ronald Moelis

2010060100160201

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded | Month / Day / Year |
| C3. Book OR | C4. Page | |
| C5. CRFN | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**
(Rev 11/2002)

## PROPERTY INFORMATION

1. Property Location: 11 BROADWAY | BROOKLYN | 11211
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: 11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPAN
   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: C/O L & M DEVELOPMENT PARTNER
   LAST NAME / COMPANY | FIRST NAME
   1865 PALMER AVENUE, SUITE 203 | LARCHMONT | NY | 10538
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR [ ] Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET X DEPTH OR ACRES
   Check the boxes below as they apply:
   6. Ownership Type is Condominium [ ]
   7. New Construction on Vacant Land [ ]

8. Seller Name: 11 BROADWAY OWNER, LLC
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A [ ] One Family Residential
   - B [ ] 2 or 3 Family Residential
   - C [ ] Residential Vacant Land
   - D [ ] Non-Residential Vacant Land
   - E [✓] Commercial
   - F [ ] Apartment
   - G [ ] Entertainment / Amusement
   - H [ ] Community Service
   - I [ ] Industrial
   - J [ ] Public Service

## SALE INFORMATION

10. Sale Contract Date: 6 / 22 / 2010

11. Date of Sale / Transfer: 6 / 22 / 2010

12. Full Sale Price $ 3,992,850 8

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
- A [ ] Sale Between Relatives or Former Relatives
- B [✓] Sale Between Related Companies or Partners in Business
- C [ ] One of the Buyers is also a Seller
- D [ ] Buyer or Seller is Government Agency or Lending Institution
- E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below )
- F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
- G [ ] Significant Change in Property Between Taxable Status and Sale Dates
- H [ ] Sale of Business is Included in Sale Price
- I [ ] Other Unusual Factors Affecting Sale Price ( Specify Below )
- J [ ] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: V, 1
16. Total Assessed Value (of all parcels in transfer)

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )
BROOKLYN 2468 1

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
BUYER SIGNATURE | DATE
C/O NYC PARTNERSHIP HDFC, INC. 450 SEVENTH AVENUE
STREET NUMBER | STREET NAME (AFTER SALE)
NEW YORK | NY | 10123
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**
LAST NAME | FIRST NAME
AREA CODE | TELEPHONE NUMBER

**SELLER**
SELLER SIGNATURE | DATE

2010060100160201

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded __ / __ / __ Month Day Year | REAL PROPERTY TRANSFER REPORT STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book OR C5. CRFN | | C4. Page | **RP - 5217NYC** (Rev 11/2002) |

**PROPERTY INFORMATION**

1. **Property Location**: 11 BROADWAY | BROOKLYN | 11211
   STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE

2. **Buyer Name**: 11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPANY
   LAST NAME / COMPANY / FIRST NAME

3. **Tax Billing Address** (Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)):
   C/O L & M DEVELOPMENT PARTNER
   1865 PALMER AVENUE, SUITE 203 | LARCHMONT | NY | 10538

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: __ X __ FRONT FEET / DEPTH OR __ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. **Seller Name**: 11 BROADWAY OWNER, LLC

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ☐ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ✓ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 6 / 3 / 2010
11. Date of Sale / Transfer: 6 / 3 / 2010
12. Full Sale Price: $ 3,984,000

14. Check one or more of these conditions as applicable to transfer:
   - A ☐ Sale Between Relatives or Former Relatives
   - B ✓ Sale Between Related Companies or Partners in Business
   - C ☐ One of the Buyers is also a Seller
   - D ☐ Buyer or Seller is Government Agency or Lending Institution
   - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   - H ☐ Sale of Business is Included in Sale Price
   - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   - J ☐ None

13. Indicate the value of personal property included in the sale: 

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: V1
16. Total Assessed Value (of all parcels in transfer):
17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s)):
   BROOKLYN 2468 1

**CERTIFICATION** I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | BUYER'S ATTORNEY |
|---|---|
| BUYER SIGNATURE / DATE | LAST NAME / FIRST NAME |
| C/O NYC PARTNERSHIP HDFC, INC. 450 SEVENTH AVENUE | |
| STREET NUMBER STREET NAME (AFTER SALE) | AREA CODE TELEPHONE NUMBER |
| NEW YORK | SELLER |
| NY 10123 | |
| CITY OR TOWN STATE ZIP CODE | SELLER SIGNATURE / DATE |

*Authorized Signatory*

2010060100160201



| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER** | **BUYER'S ATTORNEY**

BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME
C/O NYC PARTNERSHIP HDFC, INC.  450 SEVENTH AVENUE

STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER

NEW YORK | NY | 10123 | **SELLER**

CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE

2010060100160201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER** *[signature: Shelu Marta]*

**BUYER SIGNATURE** — **DATE**

C/O NYC PARTNERSHIP HDFC, INC. 450 SEVENTH AVENUE

**STREET NUMBER** — **STREET NAME (AFTER SALE)**

NEW YORK | NY | 10123

**CITY OR TOWN** | **STATE** | **ZIP CODE**

**BUYER'S ATTORNEY**

**LAST NAME** | **FIRST NAME**

**AREA CODE** | **TELEPHONE NUMBER**

**SELLER**

**SELLER SIGNATURE** — *Ronald Hoelis* — **DATE**

2010060100160201





The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service:  BOROUGH: BROOKLYN    BLOCK: 2468    LOT: 1

(2) Property Address: 11 BROADWAY, BROOKLYN, NY 11211

(3) Owner's Name:    11 BROADWAY OWNER, LLC

   Additional Name:

**Affirmation:**

☑ Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, at the property address or to an alternate mailing address. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: 11 Broadway Owner, LLC

Signature: _____  Date (mm/dd/yyyy)  6/__/10

Name and Title of Person Signing for Owner, if applicable:
Authorized Signatory

BCS-7CRF-ACRIS  REV. 8/08

2

2010060400031101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service:  BOROUGH: BROOKLYN        BLOCK: 2468        LOT: 1

(2) Property Address: 11 BROADWAY, BROOKLYN, NY 11211

(3) Owner's Name:        11 BROADWAY HP LIB HOUSING DEVELOPMENT FUND COMPAN

    Additional Name: _____

**Affirmation:**

☑ You have visited DOF's Mailing Address Update website and indicated that your water & sewer bill should be sent to the mailing address provided on that site. If no information was entered your water & sewer bill be sent to the property address.

**Customer Billing Information:**

Please Note:

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2010060100160101