# Maniscalco & Picone, CPAs, P.C.

2493 Richmond Road
Staten Island, NY 10306-1936

Telephone: 718.668.2901
Facsimile: 718.668.2907

October 9, 2019

Michael Zazza

Email: mzazza@zazzagroup.com

Dear Michael:

In order for us to generate K-1's for Eleven Broadway Managing Member LLC, it is necessary to receive all past K-1's from Goldman Sachs.

Please forward them to us upon receipt.

Yours truly,

Peter A. Maniscalco
Certified Public Accountant

PAM/lm