# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

asmall@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

June 23, 2021

*VIA ECF ONLY*
Senior Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Lisa Guzzone v. Michael Zazza
      Case No.: 1:19-cv-06202-ILG-RER

Dear Judge Glasser:

  I represent the defendant/movant, Michael Zazza, in the above-referenced action. Defendant's Motion to Dismiss, pursuant to FRCP §12(b)(6) and FRCP §9(b), was filed on January 2, 2020 and thereafter fully briefed, with a courtesy copy of the parties' papers having been provided to Chambers on March 5, 2020, pursuant to Rule III.

  Over a year having passed with a decision on the motion outstanding, I am writing simply to ensure that it has not been inadvertently overlooked during the pandemic and the associated interruptions. Any delay is certainly understandable.

  This letter is ECF-filed pursuant to Judge Glasser's Practice Rule 1.A. Thank you for your kind attention to this matter.

        Respectfully,

        MOLOD SPITZ & DeSANTIS, P.C.

        By: _____
          Andrew Bruce Small

*Courtesy Copy*: Gary Rosen, Esq.